IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN HOEPPNER,
and ANDREW TRAVIS CARTER,

    *Plaintiffs*,

v.                                           CASE NO.:  4:20cv525-MW/MAF

TADLOCK ROOFING, INC.,
f/k/a DALE TADLOCK
ROOFING, INC.,

    *Defendant*.

_____/

## ORDER APPROVING CONSENT SETTLEMENT AND STIPULATION
## FOR DISMISSAL WITH PREJUDICE

Plaintiffs, with Defendant's consent, move this Court to approve the settlement of Plaintiffs' claims pursuant to the Fair Labor Standards Act ("FLSA"). ECF No. 8.

For context, Plaintiffs' claims were dismissed from a related case, *Thrash et al. v. Tadlock Roofing, Inc.*, Case No. 4:19cv38-MW/MJF (N.D. Fla.). This Court has already approved a settlement in that case, and the parties here have represented that "[t]he settlement amounts in this case are commensurate with the settlement amounts paid to the Plaintiffs' [sic] in the *Thrash* case." ECF No. 8, at 5. Moreover, in the *Trash* case, the parties asked this Court to approve a settlement of the Plaintiff's claims and then later address attorney's fees. Further, in *Thrash*, the

parties have only recently reached an agreement as to fees, which the parties have simultaneously submitted to this Court for approval. This background gives this Court added assurance that the fees in this related case truly were negotiated separately and without regard to the amount paid to Plaintiffs.

In sum, this Court has reviewed the proposed settlements, ECF Nos. 8-1 and 8-2, in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) and finds that they represent a fair and reasonable resolution of all of Plaintiffs' claims and the bona fide disputes over the FLSA provisions. This Court approves the settlements and dismisses this case with prejudice.

For these reasons,

**IT IS ORDERED**:

1. Plaintiffs' consented motion for approval of FLSA settlements and dismissal with prejudice, ECF No. 8, is **GRANTED**.
2. The parties must comply with their settlement agreements.
3. All claims are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.
4. The Clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreements. All claims in this case are voluntarily

dismissed with prejudice under Federal Rule of Civil Procedure 41."

5. The Clerk shall also close the file.

**SO ORDERED on February 3, 2021.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**