UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JONATHAN HOEPPNER and**
**ANDREW TRAVIS CARTER**

   **v.**         **CASE NO.: 4:20-cv-525-MW-MAF**

**TADLOCK ROOFING INC.**

## JUDGMENT

*The parties are ordered to comply with their settlement agreements. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.*

          JESSICA J. LYUBLANOVITS
          CLERK OF COURT

2/4/2021         s/ Chip Epperson
DATE          Deputy Clerk